

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 4:13 - mj-1103

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER APPROVING |
| vs. | ) | PRETRIAL DIVERSION AGREEMENT |
| | ) | |
| BRENT J. MEREDITH | ) | |

The United States Attorney having deferred prosecution in this case pursuant to a written agreement with the Defendant; the written agreement having been submitted to the Court for approval; and the Court having reviewed the written agreement and being of the opinion that deferred prosecution pursuant to the written agreement is appropriate in this case, it is

**ORDERED** that the Pretrial Diversion Agreement executed in this case between the United States and Brent J. Meredith on April 17, 2013, is approved in accordance with Section 6(b) of the Plan for Achieving Prompt Disposition of the Criminal Cases for the Eastern District of North Carolina and Title 18, United States Code, Section 3161(h)(2).

The Clerk hereby is directed to file the Pretrial Diversion Agreement executed herein regarding Brent J. Meredith and this Order Approving Pretrial Diversion Agreement.

This, the 17th day of April, 2013.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge